Submitted October 3, reversed October 29, 2008

In the Matter of K. E.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

K. E.,
*Appellant.*

Multnomah County Circuit Court
070970140; A137012

196 P3d 65

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and M. Ann Boss, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

This is a civil commitment case in which the trial court ordered appellant committed on the ground that, because of a mental disorder, she is dangerous to herself. ORS 426.005(1)(d). On appeal, she contends that the record lacks clear and convincing evidence to support the order of commitment. The state concedes the insufficiency of the evidence. On *de novo* review, *State v. O'Neill*, 274 Or 59, 61, 545 P2d 97 (1976), we agree.

Reversed.